Seneca Nation of Indians, Appellant, v State of New York et al., Respondents.

Submitted July 5, 2011; decided September 20, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine

the action within the meaning of the Constitution. Motion for a stay dismissed as academic.